**Keith MILLER, Petitioner-Appellant,**

v.

**Sheriff Al CANNON, Respondent-Appellee,**

**and**

**Chief Beatty; Scarlett Wilson; Preliminary Hearing Court Transcript Records; Judge Gosnell; Atty Patricia Kennedy, Respondents.**

**No. 17-7514**

United States Court of Appeals, Fourth Circuit.

Submitted: December 21, 2017

Decided: December 28, 2017

Keith Miller, Appellant Pro Se.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Miller seeks to appeal the magistrate judge's recommendation to dismiss his 28 U.S.C. § 2241 (2012) petition without prejudice. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Miller seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*